United States Courts
Southern District of Texas
FILED
August 06, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. L-24-CR-872 |
| | § | |
| TOMAS DON WRIGHT | § | |
| | § | DS |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms:

| | **Firearms** | | | | |
| --- | --- | --- | --- | --- | --- |
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Palmetto State Armory | M4 Carbine | Rifle | 5.56-millimeter | W1914607 |
| 2. | Hatfield | SGL | Shotgun | .410 gauge | 410S20-004496 |
| 3. | Winchester | 67-22 | Rifle | .22 | None |
| 4. | Taurus | PT840 | Pistol | .40 | SFS38304 |
| 5. | Ruger | P95 | Pistol | 9-millimeter | 306-72936 |
| 6. | Rossi | 461 | Revolver | .357 | DU269529 |

and the firearms were in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT TWO

Beginning on or about **June 24, 2024**, through on or about **July 17, 2024**, in the Southern

District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

did knowingly possess a machine gun, that is, at least one privately made component referred to as a metal drop-in auto-sear without a serial number and without an industry marking.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

On or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

did knowingly possess a machine gun, that is, at least one privately made component referred to as polymer drop-in auto-sear without a serial number and without an industry marking.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR

On or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

did knowingly possess a machine gun, that is, at least one  privately made component referred to as a "Glock Switch" without a serial number and without an industry marking.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE

Beginning on or about **June 24, 2024**, through on or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

knowingly possessed at least one of the following firearms:

| **Firearms** | | | |
|---|---|---|---|
| Item No. | Manufacturer | Description | Purpose |
| 1. | Privately Manufactured Component | Polymer drop-in auto-sear | Machine Gun Conversion Device |
| 2. | Privately Manufactured Component | Metal drop-in auto-sear | Machine Gun Conversion Device |
| 3. | Privately Manufactured Component | Polymer "Glock switch" | Machine Gun Conversion Device |

which were made in violation of the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5822, 5861(c) and 5871.

## COUNT SIX

Beginning on or about **June 24, 2024**, through on or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### TOMAS DON WRIGHT,

knowingly possessed at least one of the following firearms:

| **Firearms** | | | |
|---|---|---|---|
| Item No. | Manufacturer | Type | Description |
| 1. | Privately Manufactured Component | Polymer drop-in auto-sear | Machine Gun Conversion Device |
| 2. | Privately Manufactured Component | Metal drop-in auto-sear | Machine Gun Conversion Device |
| 3. | Privately Manufactured Component | Polymer Glock switch | Machine Gun Conversion Device |

that were not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT SEVEN

Beginning on or about **June 24, 2024**, through on or about **July 17, 2024**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**TOMAS DON WRIGHT,**

knowingly possessed at least one of the following firearms:

| Item No. | Manufacturer | Type | Description |
|---|---|---|---|
| 1. | Privately Manufactured Component | Polymer drop-in auto-sear | Machine Gun Conversion Device |
| 2. | Privately Manufactured Component | Metal drop-in auto-sear | Machine Gun Conversion Device |
| 3. | Privately Manufactured Component | Polymer Glock switch | Machine Gun Conversion Device |

that were not identified by a serial number as required by the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(i), and 5871.

## NOTICE OF FORFEITURE
### 18 U.S.C. 922(g) and (o)
### (Counts 1–4)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**TOMAS DON WRIGHT,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g) or (o), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

1) thirteen (13) privately made components referred to as metal drop-in auto-sears, without a serial number and industry markings.
2) forty-six (46) privately made components referred to as polymer drop-in auto-sears without a serial number and industry markings.
3) two (2) privately made components referred to as "Glock Switches" without a serial number and industry markings.
4) one (1) Palmetto State Armory, Model: M4 Carbine, serial number W1914607, 5.56-millimeter rifle
5) one (1) Hatfield, Model: SGL, .410 gauge shotgun, serial number 410S20-004496
6) one (1) Winchester, Model: 67-22, .22 caliber rifle, no serial number
7) one (1) Ruger, Model: P95, 9-millimeter pistol, serial number 306-72936
8) one (1) Rossi, Model: 461, .357 caliber pistol, serial number DU269529
9) one (1) Taurus, Model: PT840, .40 caliber pistol, serial number SFS38304

## NOTICE OF FORFEITURE
## 26 U.S.C. §§ 5861(c)–(d),(i)
### (Counts 5–7)

Pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**TOMAS DON WRIGHT,**

that upon conviction of a violation of Title 26, United States Code, Section 5861(c), (d), or (i), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

1) thirteen (13) privately made components referred to as metal drop-in auto-sears, without a serial number or industry markings.
2) forty-six (46) privately made components referred to as polymer drop-in auto-sears without a serial number or industry markings.
3) two (2) privately made components referred to as "Glock switches" without a serial number or industry markings.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Christine A. Cortez
Assistant United States Attorney

| | |
|---|---|
| USA-74-24b (Rev. 6-1-71) | L- 24-CR- 872 |

## CRIMINAL DOCKET

<u>LAREDO</u> DIVISION                          NO._____**DS**_____

FILE: 24-04742         MAG#: 24-00902
<u>INDICTMENT</u>         Filed: <u>August 6, 2024</u>         Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>CHRISTINE A. CORTEZ, AUSA</u>

**TOMAS DON WRIGHT**

**CHARGES:**

Ct. 1:    Possession of Firearm and Ammunition by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year
         [18 USC 922(g)(1), 924(a)(8)]
Cts. 2–4: Illegal Possession of a Machine Gun
         [18 USC 922(o), 924(a)(2)]
Ct. 5:    Possession of Firearm Made in Violation of the National Firearms Act
         [26 USC 5822, 5861(c), and 5871]
Ct. 6:    Possession of Unregistered Firearm Made in Violation of the National Firearms Act
         [26 USC 5841, 5861(d), and 5871]
Ct. 7:    Possession of Firearm Unidentified by Serial Number Made in Violation of the National Firearms Act
         [26 USC 5861(i), and 5871]

Notice of Forfeiture

**TOTAL COUNTS: 7**

**PENALTY:**
Ct. 1:     0 to 15 years and/or $250,000 fine, $100 special assessment,
           Not more than a three-year term of supervised release
Cts. 2–7:  0 to 10 Years and/or $250,000 fine, $100 special assessment,
           Not more than a three-year term of supervised release